RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Darrell Thomas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00013-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| v. | (Third Request) |
| DARRELL THOMAS, et al., | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Darrell Thomas, and James Oronoz, counsel for Michael Anthony Miller, Jr., that the parties herein shall have to and including November 13, 2024, to file any and all pretrial motions and notices of defense.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 27, 2024, to file any and all responsive pleadings.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including December 7, 2024, to file any and all replies to dispositive motions.

    The Stipulation is entered into for the following reasons:

1. Since filing the last stipulation to continue, counsel for Mr. Thomas has worked with Pretrial Services to seek modification of conditions of pretrial release. (ECF Nos. 30, 31.) Counsel for Mr. Thomas also participated in a lengthy trial (*United States v. Dallmann*, Case No. 2:22-cr-00030-RFB-DJA) from May 28, 2024, through June 18, 2024. Counsel for Mr. Thomas was unable to devote any significant attention to this matter during that time period. Following the *Dallmann* trial, counsel for Mr. Thomas was engaged in extensive suppression litigation in another matter (*United States v. Shelton*, 2:24-cr-00001-JCM-BNW) that led to an all-day evidentiary hearing and post-hearing briefing. Due to responsibilities in these matters and many others, counsel for Mr. Thomas requires additional time to determine whether this matter may be resolved through negotiation or must go to trial. Moreover, the pretrial motions deadline may be extended to November 13, 2024, without disturbing the current trial date. LCR 45-2(b).

2. The defendants are out of custody and do not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / /

/ / /

/ / /

This is the third stipulation to continue filed herein.

DATED this 5th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender<br>Attorney for Darrell Thomas | By /s/ Lauren Ibanez<br>LAUREN IBANEZ<br>Assistant United States Attorney |

JAMES ORONOZ
Oronoz & Ericsson LLC

By /s/ James Oronoz

JAMES ORONOZ
Attorney for Michael Anthony Miller, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DARRELL THOMAS, et al.,<br><br>          Defendant. | Case No. 2:24-cr-00013-GMN-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Since filing the last stipulation to continue, counsel for Mr. Thomas has worked with Pretrial Services to seek modification of conditions of pretrial release. (ECF Nos. 30, 31.) Counsel for Mr. Thomas also participated in a lengthy trial (*United States v. Dallmann*, Case No. 2:22-cr-00030-RFB-DJA) from May 28, 2024, through June 18, 2024. Counsel for Mr. Thomas was unable to devote any significant attention to this matter during that time period. Following the *Dallmann* trial, counsel for Mr. Thomas was engaged in extensive suppression litigation in another matter (*United States v. Shelton*, 2:24-cr-00001-JCM-BNW) that led to an all-day evidentiary hearing and post-hearing briefing. Due to responsibilities in these matters and many others, counsel for Mr. Thomas requires additional time to determine whether this matter may be resolved through negotiation or must go to trial. Moreover, the pretrial motions deadline may be extended to November 13, 2024, without disturbing the current trial date. LCR 45-2(b).

2. The defendants are out of custody and do not object to the continuance.

3. The parties agree to the continuance.

4.  The additional time requested herein is not sought for purposes of delay.

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue filed herein.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including November 13, 2024 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including November 27, 2024 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including December 4, 2024 to file any and all replies.

DATED this  9th  day of September, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5