JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Michael Anthony Miller Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:24-cr-00013-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CHECK** |
| DARRELL THOMAS and MICHAEL ANTHONY MILLER JR., | (First Request) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Defendant MICHAEL ANTHONY MILLER JR., by and through his attorney, JAMES A. ORONOZ, ESQ., of Oronoz & Ericsson, LLC, Defendant DARRELL THOMAS, by and through his attorney RICK MULA, ESQ., of the FEDERAL PUBLIC DEFENDERS, and the UNITED STATES OF AMERICA, by and through LAUREN IBANEZ, ESQ., United States Attorney that the status check currently scheduled for October 28, 2025, at the hour of 9:00 a.m. be vacated and continued for no less than one (1) week past the current setting to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. Trial in this matter is currently set for January 5, 2026, at 8:30 a.m.

2. The next status check is scheduled for October 28, 2025, at 9:00 a.m.

3. Defense counsel for October 28, 2025, at 9:00 a.m. has a previously-scheduled cardiologist appointment that conflicts with this status check as currently scheduled.

4. Due to the specialist nature of defense counsel's medical provider, these appointments must be scheduled far in advance and rescheduling significantly delays receipt of these services.

5. Defense counsel for Michael Anthony Miller Jr. has spoken to Assistant United States Attorney Lauren Ibanez, and the Government has no objection to the continuance.

6. Defendant Michael Anthony Miller Jr. is not in custody and does not object to the continuance.

7. Defendant Darrell Thomas is not in custody and does not object to the requested continuance.

8. This continuance is not sought for purposes of delay, but to allow defense counsel for Michael Anthony Miller Jr. to maintain his previously-scheduled cardiologist appointment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv) and Section 3161(h)(1)(D).

DATED: October 22, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Oronoz* | */s/ Lauren Ibanez* |
| James A. Oronoz, Esq. | Lauren Ibanez, Esq. |
| ORONOZ & ERICSSON, LLC | U.S. Attorney's Office |
| 9900 Covington Cross Drive, Suite 290 | 501 Las Vegas Boulevard, Suite 1100 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| jim@oronozlawyers.com | lauren.ibanez@usdoj.gov |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| *Michael Anthony Miller Jr.* | *United States of America* |

*/s/ Rick Mula*
Rick Mula, Esq.
Federal Public Defenders
411 East Bonneville Avenue, Suite 25
Las Vegas, Nevada 8910
rick_mula@fd.org
*Attorney for Defendant*
*Darrell Thomas*

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant Michael Anthony Miller Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DARREL THOMAS and <br> MICHAEL ANTHONY MILLER JR, <br><br> Defendants. | CASE NO: 2:24-cr-00013-GMN-DJA <br><br> **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing, therefore, the Court finds:

1. Trial in this matter is currently set for January 5, 2026, at 8:30 a.m.

2. The next status check is scheduled for October 28, 2025, at 9:00 a.m.

3. Defense counsel for October 28, 2025, at 9:00 a.m. has a previously-scheduled cardiologist appointment that conflicts with this status check as currently scheduled.

4. Due to the specialist nature of defense counsel's medical provider, these appointments must be scheduled far in advance and rescheduling significantly delays receipt of these services.

5. Defense counsel for Michael Anthony Miller Jr. has spoken to Assistant United States Attorney Lauren Ibanez, and the Government has no objection to the continuance.

6. Defendant Michael Anthony Miller Jr. is not in custody and does not object to the continuance.

7. Defendant Darrell Thomas is not in custody and does not object to the requested continuance.

8. This continuance is not sought for purposes of delay, but to allow defense counsel for Michael Anthony Miller Jr. to maintain his previously-scheduled cardiologist appointment.

9. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv) and Section 3161(h)(1)(D).

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendants sufficient time and the opportunity within which to be able to prepare effectively and thoroughly for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the status check currently scheduled for October 28, 2025, at the hour of 9:00 a.m. be vacated and continued to the ____ day of __November 5__, 2025, at the hour of _10:00 a.m_

DATED AND DONE this _22_ day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE