UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL THOMAS,<br><br>Defendant. | Case No. 2:24-cr-00013-GMN-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for December 17, 2026 at 11:00 a.m., be vacated and continued to January 7, 2026 at the hour of 11:00 a.m.

DATED this 15 day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE